# In the United States Court of Federal Claims

No. 93-655
Filed: November 6, 2024

**ANAHEIM GARDENS, et al.,**

    *Plaintiff*,

**v.**

**THE UNITED STATES,**

    *Defendant*.

## ORDER

Pursuant to the scheduling conference held on November 6, 2024, parties will submit a Joint Status Report proposing a trial schedule for the first group of SWPs by **November 26, 2024**. The Standing Order on Chambers Rules will be filed separately.

**IT IS SO ORDERED.**

s/     David A. Tapp
DAVID A. TAPP, Judge