# In the United States Court of Federal Claims

No. 93-655
Filed: December 4, 2024

---

**ANAHEIM GARDENS, et al.,**

  *Plaintiffs*,

**v.**

**THE UNITED STATES,**

  *Defendant*.

---

### **ORDER**

 The Court will hold an in-person scheduling conference in this matter on **Wednesday, December 11, 2024, at 10:00 AM (ET)** at the Howard T. Markey National Courts Building.

 **IT IS SO ORDERED.**

s/ David A. Tapp
DAVID A. TAPP, Judge
