# In the United States Court of Federal Claims

No. 93-655
Filed: December 4, 2024

| |
|---|
| **ANAHEIM GARDENS, et al.,** |
| *Plaintiffs*, |
| **v.** |
| **THE UNITED STATES,** |
| *Defendant*. |

### ORDER

The scheduling conference in this matter is rescheduled to **Monday, December 16, 2024, at 10:00 AM (ET)** at the Howard T. Markey National Courts Building.

**IT IS SO ORDERED.**

s/    David A. Tapp<br>
DAVID A. TAPP, Judge