# In the United States Court of Federal Claims

No. 93-655C
Filed: December 17, 2024

**ANAHEIM GARDENS, et al.,**

    *Plaintiffs*,

v.

**THE UNITED STATES,**

    *Defendant*.

## ORDER

The Court held a scheduling conference in this matter on December 16, 2024 to discuss the parties' lack of consensus on establishing a trial schedule for the Second-Wave Plaintiffs ("SWPs") pending in this case. Pursuant to the discussion at that conference, the Court **ORDERS** the parties to adhere to the following schedule:

| | |
|---|---|
| Parties exchange affirmative expert reports | February 28, 2025 |
| Status conference | March 3, 2025 at 11:00 AM at the Howard T. Markey National Courts Building |
| Parties exchange rebuttal expert reports | April 18, 2025 |
| Close of expert discovery (including expert depositions) | May 28, 2025 |
| Status conference | June 3, 2025 at 11:00 AM (via Zoom) |
| Pretrial conference | July 15, 2025 at 11:00 AM at the Howard T. Markey National Courts Building |
| Trial begins | August 11, 2025 at 9:00 AM Howard T. Markey National Courts Building |

Active SWPs will be called in the order in which their case was filed. (*See* ECF No. 731). Parties should anticipate presenting lay witness testimony separately for each of the below SWPs. Expert testimony will follow the conclusion of lay witness testimony for all SWPs. The Court will begin with following claims, which will be heard consecutively:

- Anaheim Gardens, L.P. (Case No. 93-655)
- Thetford Properties III, L.P. (Case No. 93-6558)
- B-L Associates, L.P. (Case No. 93-6566)
- C-W Associates, L.P. (Case No. 93-6567)
- Glenview Gardens, L.P. (Case No. 93-6569)
- Indian Head Manor, L.P. I (Case No. 93-6571)

- Metro West Limited, L.P. (Case No. 93-6573)
- Millwood Associates, L.P. (Case No. 93-6574)
- Napa Park Apartments, L.P. (Case No. 93-6575)
- Ontario Townhouses, L.P. (Case No. 93-6576)
- The Palomar Apartments, L.P. (Case No. 93-6577)
- Sierra Vista One, L.P. (Case No. 93-6579)
- 825 San Tomas Apartments, L.P. (Case No. 93-6581)
- 5324 Foothill Apartments, G.P. (Case No. 93-6583)

**IT IS SO ORDERED.**

s/    David A. Tapp<br>
DAVID A. TAPP, Judge