# In the United States Court of Federal Claims

Nos. 93-655 C, 93-6568 C, 93-6578 C, 93-6582 C, 97-5837 C, and 97-5845 C

Filed: January 27, 2025

```
*************************************
ANAHEIM GARDENS, et al.,          *
          Plaintiffs,             *       AMENDED
                                  *       JUDGMENT
     v.                           *
                                  *
THE UNITED STATES,                *
          Defendant.              *
*************************************
```

Pursuant to the court's Post-Trial Opinion and Order, filed January 24, 2025,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that judgment is entered in favor of the defendant in cases: **93-6568** (*Cedar Gardens Associates*); **93-6578** (*Rock Creek Terrace, L.P.*); **93-6582** (*3740 Silverlake Village, L.P.*); **97-5837** (*Buckman Gardens, L.P., et al.*); and **97-5845** (*Chauncy House Company*).

Lisa L. Reyes
Clerk of Court

By:   s/ Ashley Reams
Deputy Clerk

NOTE: As to appeal to the United States Court of Appeals for the Federal Circuit, 60 days from this date, *see* RCFC 58.1, re number of copies and listing of all plaintiffs. Effective December 1, 2023, the appeals fee is $605.00.