# In the United States Court of Federal Claims

No. 93-655C
Filed: February 12, 2025

|  |
|---|
| **ANAHEIM GARDENS, et al.,** |
| *Plaintiffs*, |
| **v.** |
| **THE UNITED STATES,** |
| *Defendant*. |

### ORDER

      The Court held a hearing on February 5, 2025, to discuss Plaintiffs' Unopposed Motion to Extend Expert Discovery Deadlines. (ECF No. 811). At that hearing, the parties confirmed that this proposed extension would not interfere with the trial start date. (Hearing Tr. 4:4–24, 5:2–15, Feb. 5, 2025, ECF No. 813). The Court also gave the parties an opportunity to submit a supplemental status report with additional dates for any other matters. (*Id.*, 5:24–6:5). Having received no other information from parties, the Court **GRANTS** Plaintiffs' Motion and **ORDERS** the parties to adhere to the following revised schedule:

| | |
|---|---|
| Parties exchange affirmative expert reports | April 24, 2025 |
| Status conference | April 29, 2025, at 1:00 PM at the Howard T. Markey National Courts Building |
| Parties exchange rebuttal expert reports | June 9, 2025 |
| Close of expert discovery (including expert depositions) | June 30, 2025 |
| Pretrial conference | July 15, 2025, at 11:00 AM at the Howard T. Markey National Courts Building |
| Trial begins | August 11, 2025, at 9:00 AM<br>Howard T. Markey National Courts Building |

      **IT IS SO ORDERED.**

s/    David A. Tapp
DAVID A. TAPP, Judge