# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| ANAHEIM GARDENS, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 93-655C |
| ) | (Judge Tapp) |
| THE UNITED STATES, ) | |
| ) | |
| Defendant. ) | |

## STIPULATION OF DISMISSAL

**PLEASE TAKE NOTICE** that plaintiff Anaheim Gardens, L.P., pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of Federal Claims, having filed a stipulation of dismissal signed by all parties who have appeared in this action, hereby dismisses Anaheim Gardens, L.P., as a party in this action, with each party to bear its own costs and fees with respect to Anaheim Gardens, L.P.

This stipulation does not affect the status of any other plaintiff in this action.

Respectfully submitted,

s/ Harry J. Kelly
Harry J. Kelly
NIXON PEABODY LLP
799 9th Street N.W., Suite 500
Washington, D.C. 20001
(202) 585-8000
hkelly@nixonpeabody.com

Attorneys for Plaintiffs

BRETT A. SHUMATE
Acting Assistant Attorney General

PATRICIA M. McCARTHY
Director

s/ Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

s/ Amanda L. Tantum
AMANDA L. TANTUM
EMMA E. BOND
Senior Trial Counsel
A. BONDURANT ELEY
Senior Litigation Counsel

                                        TATE N. WALKER
                                      BRITTNEY M. WELCH
                                      JOSHUA W. MOORE
Trial Attorneys
Commercial Litigation Branch
Civil Division, Department of Justice
P.O. Box 480, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-8131
E-mail: amanda.tantum@usdoj.gov

Attorneys for Defendant

February 13, 2025