# In the United States Court of Federal Claims

No. 93-655C
Filed: February 18, 2025

| | |
|---|---|
| **ANAHEIM GARDENS, et al.,**<br><br>    *Plaintiffs*,<br><br>v.<br><br>**THE UNITED STATES,**<br><br>    *Defendant*. | |

## ORDER

      On February 14, 2025, parties filed a Joint Status Report ("JSR") proposing a pretrial schedule. (ECF No. 816). That JSR references "specific trial tranche[s]" both in the proposed schedule and in the body of the report. (JSR at ¶ 3). Per the Court's December 17, 2024 Order, the Second-Wave Plaintiffs ("SWPs") will not be separated into tranches. (Order, ECF No. 802). Trial will begin with *Thetford Properties, III, L.P. v. United States* (Case No. 93-6558), and progress continuously and consecutively based on the relative age of each SWP's case. Breaks in trial will be scheduled at the discretion of the Court.

      The Court **ADOPTS** the parties' proposed schedule in part, as follows:

| | |
|---|---|
| Exchange of affirmative expert reports | April 24, 2025 |
| Status Conference | April 29, 2025, at 1:00 PM at the Howard T. Markey National Courts Building |
| Initial Meeting of Counsel | May 13, 2025 |
| Exchange of Witness and Exhibit Lists | May 19, 2025 |
| Initial Pretrial Conference | May 20, 2025, at 1:00 PM (Telephonic) |
| Objections to Witness and Exhibit Lists | June 2, 2025 |
| Exchange of rebuttal expert reports | June 9, 2025 |
| Replies to Objections to Exhibit and Witness Lists | June 16, 2025 |
| Motions *in limine* | June 23, 2025 |
| Close of Expert Discovery and Filing of Pretrial Memoranda | June 30, 2025 |
| Responses to Motions *in limine* | July 7, 2025 |
| Replies to Motions *in limine* | July 14, 2025 |
| Final Pretrial Conference | July 22, 2025, at 11:00 AM at the Howard T. Markey National Courts Building |
| Meeting of Counsel | July 24, 2025 |

| Joint Exhibit List, Joint Stipulation of Facts, and Joint Statement of Good Faith | July 28, 2025 |
| Order of Witnesses for all SWPs | August 8, 2025 |
| Trial begins | August 11, 2025, at 9:00 AM at the Howard T. Markey National Courts Building |

The above deadlines apply to all SWPs collectively. All status conference dates not contained herein are vacated.

**IT IS SO ORDERED.**

s/    David A. Tapp
DAVID A. TAPP, Judge