# In the United States Court of Federal Claims

No. 93-655C
Filed: February 25, 2025

| | |
|---|---|
| **ANAHEIM GARDENS, et al.,** | |
| *Plaintiffs*, | |
| v. | |
| **THE UNITED STATES,** | |
| *Defendant*. | |

### ORDER

    Main plaintiff Anaheim Gardens, L.P. filed a stipulation of dismissal without prejudice on February 13, 2025. (ECF No. 815). The Clerk is **DIRECTED** to keep the case name and caption as-is to ensure clarity and consistency in this matter.

    Additionally, at the insistence of the Clerk's Office, parties are **ORDERED** to file a list of active plaintiffs at their earliest convenience. The list should include the case numbers in which the party first appeared. The regenerated list is necessary for the Clerk's Office to update the active parties on CM/ECF.

    The Court is aware of the parties' dispute regarding the status of Thetford Properties IV, L.P. ("Thetford IV"). (*See* ECF No. 791). Plaintiffs **SHALL NOT** include Thetford IV on the list of active plaintiffs at this time. Parties should not construe this as a ruling on the status of Thetford IV, but rather a stopgap for the sake of administrative efficiency.

    **IT IS SO ORDERED.**

s/    David A. Tapp
DAVID A. TAPP, Judge
