# In the United States Court of Federal Claims

No. 93-655C
Filed: February 25, 2025

| |
|---|
| **ANAHEIM GARDENS, et al.,** <br><br> *Plaintiffs*, <br><br> **v.** <br><br> **THE UNITED STATES,** <br><br> *Defendant*. |

## ORDER

On February 24, 2025, the First-Wave Plaintiffs ("FWPs") filed a Motion for Reconsideration, (ECF No. 818), of the Court's January 21, 2025 Post-Trial Opinion, (ECF No. 809). Pursuant to RCFC 59(f), the Court **ORDERS** the United States to file a Response to the FWPs' Motion by **March 25, 2025**.

**IT IS SO ORDERED.**

s/     David A. Tapp
DAVID A. TAPP, Judge