# In the United States Court of Federal Claims

No. 93-655C
Filed: April 2, 2025

| | |
|---|---|
| **ANAHEIM GARDENS, et al.,** | |
| *Plaintiffs*, | |
| v. | |
| **THE UNITED STATES,** | |
| *Defendant*. | |

## ORDER

Parties are **ORDERED** to file a list of active plaintiffs in this matter by **April 9, 2025**, pursuant to the Court's February 25, 2025 Order. (ECF No. 819).

**IT IS SO ORDERED.**

s/   David A. Tapp
DAVID A. TAPP, Judge