# In the United States Court of Federal Claims

No. 93-655C
Filed: April 9, 2025

|   |
|---|
| **ANAHEIM GARDENS, et al.,** *Plaintiffs*, v. **THE UNITED STATES,** *Defendant.* |

## ORDER

The Court will hold an in-person hearing in this matter regarding all pending motions on **Thursday, April 24, 2025 at 10:00 AM (ET)** at the Howard T. Markey National Courts Building. The Court will contact the parties in advance of the hearing to provide access information for remote participants.[1]

**IT IS SO ORDERED.**

s/    David A. Tapp
DAVID A. TAPP, Judge

---

[1] Counsel of record must appear in person. Remote access is permitted for agency counsel and others observing the proceeding.