IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| ANAHEIM GARDENS, *et al.*, | ) | |
|---|---|---|
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 93-655C |
| | ) | (Judge Tapp) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's February 25, 2025 and April 2, 2025 orders (ECF Nos. 819, 825), plaintiffs, Anaheim Gardens, *et al.* and defendant, the United States, respectfully submit this joint status report with a list of the active plaintiffs in this matter.[1]

| **Named Plaintiff(s)** | **Associated Property** | **Case Number** |
|---|---|---|
| **B-L Associates, L.P.** | 1550 Beacon Plaza | No. 93-6566 |
| **C-W Associates, L.P.** | 100 Centre Plaza | No. 93-6567 |
| **Cedar Gardens Associates** | Cedar Gardens | No. 93-6568 |
| **Glenview Gardens L.P.** | Glenview Gardens Apartments | No. 93-6569 |
| **Indian Head Manor, L.P. I** | Indian Head Manor Apartments | No. 93-6571 |
| **Metro West Limited, L.P.**[2] | Metro West Apartments | No. 93-6573 |

---

[1]     The Court entered judgment in favor of the United States as to the claims of first-wave plaintiffs Cedar Gardens Associates, Buckman Gardens, L.P., Rock Creek Terrace, L.P., 3740 Silverlake Village, and Chauncy House Company. ECF No. 809. However, FWPs' motion for reconsideration is currently pending before the Court.  The remainder of the listed plaintiffs are second-wave plaintiffs whose claims are scheduled for trial.  ECF No. 817.

[2]     Although the named plaintiff in the complaint is Metro West Limited, L.P., the real party in interest's name is West 110th Street Apartments, G.P.

1

| Named Plaintiff(s) | Associated Property | Case Number |
|---|---|---|
| **Millwood Associates L.P.** | Millwood Townhouses | No. 93-6574 |
| **Napa Park Apartments L.P.** | Napa Park Apartments | No. 93-6575 |
| **Ontario Townhouses, L.P.** | Ontario Townhouses | No. 93-6576 |
| **The Palomar Apartments, L.P.** | The Palomar | No. 93-6577 |
| **Rock Creek Terrace L.P.** | Rock Creek Terrace Apartments | No. 93-6578 |
| **Sierra Vista One, L.P.** | Sierra Vista I | No. 93-6579 |
| Thetford Properties III, L.P.[3] | River Falls Apartments, Beaumont Avenue Apartments Coleridge Road Apartments Henry Street Apartments Holloway Court Apartments Icemorelee Street Apartments Johnson Court Apartments Millbank Court Apartments Oakwood Avenue Apartments Raleigh North Apartments Tucker Street Apartments Young Avenue Apartments | No. 93-6558 |
| **825 San Tomas Apartments, L.P.** | San Tomas Gardens | No. 93-6581 |
| **3740 Silverlake Village, L.P.** | Silverlake Village | No. 93-6582 |
| **5324 Foothill Apartments, G.P.** | Foothill Plaza | No. 93-6583 |

---

[3]     Thetford Properties IV, L.P. ("Thetford IV"), Case No. 93-6559, has been omitted from this list of active plaintiffs pursuant to the Court's order (ECF No. 819). However, plaintiffs maintain that Thetford IV is an active plaintiff and has been an active plaintiff since the filing of the complaint in this case.

| Named Plaintiff(s) | Associated Property | Case Number |
|---|---|---|
| **Algonquin Heights Associates, L.P.** | Algonquin Heights | No. 97-582 |
| **Brandy Hill Company** | Brandy Hill Apartments | No. 97-5832 |
| **Brookside Manor Associates, L.P.** | Brookside Manor Apartments | No. 97-5833 |
| **Briar Crest, G.P.** | Briar Crest I | No. 97-5834 |
| **Briar Crest Apartments II, L.P.** | Briar Crest II | No. 97-5835 |
| **Briar Hills, L.P.** | Briar Hills Townhouses | No. 97-5836 |
| **Buckman Gardens, L.P. & its individual general & limited partners, Clarence W. Gosnell, Jr., John G. Gosnell, Murray Haber, Richard S. Bright, Philip Berman, Alfred S. Bright, Samuel Eisenstat, Melvin S. Heller, Milton S. Lider, Martin Myers, Malcomb Meister, Harold D. Price, Herbert W. Savit, Walter Weitzner, Estate of Jack N. Blinkoff, and Harold D.** | Buckman Road Garden Apartments | No. 97-5837 |
| **Cambridge Square North Associates, LP** | Cambridge Square North I | No. 97-5838 |
| **Cambridge Square of Fort Wayne Associates I, LP** | Cambridge Square of Fort Wayne I | No. 97-5839 |
| **Cambridge Square of Grand Rapids Associates I, L.P.** | Cambridge Square of Grand Rapids I | No. 97-5840 |
| **Cambridge Square of Grand Rapids Associates II, L.P.** | Cambridge Square of Grand Rapids II | No. 97-5841 |
| **Carriage House North Associates LP** | Carriage House North | No. 97-5842 |
| **Carriage House of Mishawaka Associates II LP** | Carriage House of Mishawaka II | No. 97-5843 |
| **Carriage House West IV Associates, LP** | Carriage House West IV | No. 97-5844 |
| **Chauncy House Company** | Chauncy House | No. 97-5845 |
| **Cromwell Court Company** | Cromwell Court Apartments | No. 97-5846 |
| **First Landmark Associates, L.P.** | Landmark Apartments | No. 97-5847 |

| Named Plaintiff(s) | Associated Property | Case Number |
|---|---|---|
| **Forest Glen Limited Dividend Housing Association** | Forest Glen Apartments Phase I and Forest Glen Apartments Phases II/III | No. 97-5848 |
| **Fort Heath Associates** | Fort Heath Apartments | No. 97-5849 |
| **Garrison Forest Associates L.P.** | Garrison Forest Apartments Sections I & II | No. 97-5850 |
| **Jodani Associates, L.P.** | Jodani Associates | No. 97-5851 |
| **Kimberly Associates L.P.** | Cherry Branch Townhomes | No. 97-5852 |
| **King's Grant Company** | King's Grant Apartments | No. 97-5853 |
| **Leader House Associates & Leader Housing Co.** | Leader House Apartments | No. 97-5854 |
| **New Amsterdam Associates & New Amsterdam Houses, Inc.** | New Amsterdam Apartments | No. 97-5855 |
| **Pine Crest Company** | Pine Crest Apartments | No. 97-5856 |
| **Riverside Village Company** | Riverside Village Apartments | No. 97-5857 |
| **Suburbia Associates, L.P. and its individual general and limited partners, Stephen G. Dakes, Harvey E. Johnson, Jr., W. Dewey Rasnake, Martin E. Brown, Warren W. Taylor, Jr., Warren W. Taylor, Jr. Trustee, Ludlow King and** | Suburbia Fairfax Apartments | No. 97-5858 |
| **Suehar Associates LP** | Suehar Associates | No. 97-5859 |
| **Tower West Associates LP & Tower West Inc.** | Tower West Apartments | No. 97-5860 |
| **Town & Country Apartments & Townhouses** | Town & Country Apartments & Townhouses Sections I & II | No. 97-5861 |

|  |  |
|---|---|
|  | Respectfully submitted, |
| s/ Harry J. Kelly<br>Harry J. Kelly<br>NIXON PEABODY LLP<br>799 9th Street N.W., Suite 500<br>Washington, D.C. 20001<br>(202) 585-8000<br>hkelly@nixonpeabody.com<br><br>Attorneys for Plaintiffs | YAAKOV M. ROTH<br>Acting Assistant Attorney General<br><br>PATRICIA M. McCARTHY<br>Director<br><br>s/ Franklin E. White, Jr.<br>FRANKLIN E. WHITE, JR.<br>Assistant Director<br><br>s/ Amanda L. Tantum<br>AMANDA L. TANTUM<br>EMMA E. BOND<br>Senior Trial Counsel<br>A. BONDURANT ELEY<br>Senior Litigation Counsel<br>TATE N. WALKER<br>BRITTNEY M. WELCH<br>JOSHUA W. MOORE<br>Trial Attorneys<br>Commercial Litigation Branch<br>Civil Division, Department of Justice<br>P.O. Box 480, Ben Franklin Station<br>Washington, D.C. 20044<br>Telephone: (202) 616-8131<br>E-mail: amanda.tantum@usdoj.gov<br><br>Attorneys for Defendant |

April 9, 2025