# In the United States Court of Federal Claims

No. 93-655C
Filed: April 18, 2025

| | |
|---|---|
| **ANAHEIM GARDENS, et al.,** *Plaintiffs,* v. **THE UNITED STATES,** *Defendant.* | |

## ORDER

On April 15, 2025, the United States moved to extend expert discovery deadlines by **thirty (30) days**. (ECF No. 831). Plaintiffs do not oppose the Motion. (*See* Def.'s Mot. at 1). For good cause shown, the Court **GRANTS** the Defendant's Motion and **ORDERS** the parties to adhere to the following revised schedule:

| | |
|---|---|
| Motion Hearing | April 24, 2025, at 10:00 AM at the Howard T. Markey National Courts Building |
| Initial Meeting of Counsel | May 13, 2025 |
| Exchange of Witness and Exhibit Lists | May 19, 2025 |
| Initial Pretrial Conference | May 20, 2025, at 1:00 PM (Telephonic) |
| Exchange of affirmative expert reports | May 23, 2025 |
| Objections to Witness and Exhibit Lists | June 2, 2025 |
| Replies to Objections to Exhibit and Witness Lists | June 16, 2025 |
| Motions *in limine* | June 23, 2025 |
| Responses to Motions *in limine* | July 7, 2025 |
| Exchange of rebuttal expert reports | July 7, 2025 |
| Replies to Motions *in limine* | July 14, 2025 |
| Close of Expert Discovery and Filing of Pretrial Memoranda | July 21, 2025 |
| Final Pretrial Conference | July 22, 2025, at 11:00 AM at the Howard T. Markey National Courts Building |
| Meeting of Counsel | July 24, 2025 |
| Joint Exhibit List, Joint Stipulation of Facts, and Joint Statement of Good Faith | July 28, 2025 |
| Order of Witnesses for all SWPs | August 8, 2025 |
| Trial begins | August 11, 2025, at 9:00 AM at the Howard T. Markey National Courts Building |

**IT IS SO ORDERED.**

                                              s/     David A. Tapp
                                              DAVID A. TAPP, Judge