# In the United States Court of Federal Claims

No. 93-655C
Filed: May 19, 2025

**ANAHEIM GARDENS, et al.,**

    *Plaintiffs*,

**v.**

**THE UNITED STATES,**

    *Defendant.*

## ORDER

    On March 6, 2025, Second-Wave Plaintiffs ("SWPs") filed a Motion to Stay Proceedings, (ECF No. 821), pending the Court's decision on First Wave Plaintiffs' ("FWPs") Motion for Reconsideration, (ECF No. 818), and any future appeal by the FWPs. The Motion is unopposed.

    At the hearing on the SWPs' Motion to Stay, counsel for both parties offered convincing arguments. (*See* April 24, 2025 Hearing Transcript ("Hr'g Tr."), ECF No. 838). As both sides well know, this Court is loath to prolong this decades-long matter. Nevertheless, the trial for SWPs currently scheduled to commence on August 11, 2025, is **CONTINUED GENERALLY** pending further orders. The SWPs' Motion to Stay remains under submission. This decision is premised in no small part on representations made by the parties. (Hr'g Tr., 93:5–12, 79:4–15 (SWPs and Defendant confirming that fact discovery has concluded completely)). The pre-trial scheduling Order, (ECF No. 835), is **VACATED**. The continuance granted by this Order **does not** extend to pending Motions for Summary Judgment, (ECF Nos. 833, 834), and parties shall proceed with the briefing schedule previously established. The Court notes that the status of Plaintiff Thetford Properties IV, L.P. ("Thetford IV") remains outstanding. (*See* Hr'g Tr., 100:23–101:20). On April 24, 2025, the Court discussed holding a telephonic hearing on the status of Thetford IV. (*Id.*). The Court anticipates setting a date for this hearing in the coming weeks, at which the parties should be prepared to discuss Plaintiff Thetford IV.

    **IT IS SO ORDERED.**

                                                               s/    David A. Tapp
                                                              DAVID A. TAPP, Judge