# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| ANAHEIM GARDENS, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 93-655C |
| ) | (Judge Tapp) |
| THE UNITED STATES, ) | |
| ) | |
| Defendant. ) | |

## JOINT STATUS REPORT

Pursuant to the Court's December 13, 2023 order (ECF No. 736 at 2), plaintiffs, Anaheim Gardens, *et al.* (specifically, the Second-Wave Plaintiffs (SWPs)), and defendant, the United States, respectfully provide the following joint status report regarding the parties' discovery efforts since the filing of their May 16, 2025 joint status report.

1. After the filing of the parties' May 16, 2025 joint status report, the parties continued to prepare to make expert disclosures by the May 23, 2025 deadline set by the Court's April 18, 2025 scheduling order (ECF No. 835), until the Court vacated that order in its May 19, 2025 order (ECF No. 842).

2. On May 29, 2025, the United States filed its replies in support of its motions for summary judgment on the claims of SWPs 5324 Foothill Apartments, GP, Metro West, LP, Glenview Gardens Limited Partnership, and Indian Head Manor Limited Partnership I.

3. On June 12, 2025, SWPs Glenview Gardens Limited Partnership and Indian Head Manor Limited Partnership I filed their opposition to the United States' Motion to Strike Inadmissible Evidence Relied Upon by Plaintiffs in Their Response to the Government's Motion for Summary Judgment.

The parties request that the Court terminate the requirement for the parties to file the joint status reports. The Court's December 13, 2023 order required the parties to file "joint status reports every 30 days, commencing on January 16, 2024, to inform the Court with particularity about the progression of discovery." ECF No. 736 at 2. Fact discovery is complete, and expert discovery deadlines were vacated by the Court's May 19, 2025 order (ECF No. 842); therefore, there is no information regarding discovery that the parties will be able to provide through joint status reports in the future.

          Respectfully submitted,

s/ Harry J. Kelly
Harry J. Kelly
NIXON PEABODY LLP
799 9th Street N.W., Suite 500
Washington, D.C. 20001
(202) 585-8000
hkelly@nixonpeabody.com

Attorneys for Plaintiffs

BRETT A. SHUMATE
Assistant Attorney General

PATRICIA M. McCARTHY
Director

s/ Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

s/ Amanda L. Tantum
AMANDA L. TANTUM
EMMA E. BOND
Senior Trial Counsel
A. BONDURANT ELEY
Senior Litigation Counsel
JOSHUA W. MOORE
TATE N. WALKER
BRITTNEY M. WELCH
Trial Attorneys
Commercial Litigation Branch
Civil Division, Department of Justice
P.O. Box 480, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-8131
E-mail: amanda.tantum@usdoj.gov

June 16, 2025

Attorneys for Defendant