# In the United States Court of Federal Claims

No. 93-655C
Filed: August 5, 2025

**ANAHEIM GARDENS, et al.,**

    *Plaintiffs*,

v.

**THE UNITED STATES,**

    *Defendant.*

## ORDER

The Parties misapprehend the Court's recent request for input, apparently assuming the Court was once again raising the possibility of appointing a testifying expert witness pursuant to FRE 706. (*See* Joint Status Report, ECF No. 852). Not so. As the Court explained, that option was previously opposed by both parties. (Summary Judgment Motions Hearing Transcript ("Hr'g Tr.") at 104:16–20, ECF No. 851). Accordingly, that ship has sailed. In anticipation of the commencement of a trial for all remaining claims, the Court is now considering appointment of a non-testifying technical advisor. (Hr'g Tr. at 112:14–114:7); *Reilly v. United States*, 863 F.2d 149, 157–60 (1st Cir. 1988). Technical advisors and FRE 706 experts are distinct; the appointment of a technical advisor for the benefit of the Court dealing with complex issues is within the inherent powers of the Court, and outside the procedure of FRE 706. *See generally TechSearch, L.L.C. v. Intel Corp.*, 286 F.3d 1360, 1379 (Fed. Cir. 2002) (describing guidelines for limiting the role of the technical advisor). Accordingly, the parties are **DIRECTED** to provide a supplemental Joint Status Report by **Tuesday, August 12, 2025**, squarely addressing this possibility.

    **IT IS SO ORDERED.**

                                                                             s/     David A. Tapp
                                                                          DAVID A. TAPP, Judge