# In the United States Court of Federal Claims

No. 93-655C
Filed: August 20, 2025

---

**ANAHEIM GARDENS, et al.,**

    *Plaintiffs*,

**v.**

**THE UNITED STATES,**

    *Defendant.*

---

## ORDER

    On March 6, 2025, Second-Wave Plaintiffs ("SWPs") filed a Motion to Stay Proceedings, (ECF No. 821), pending this Court's decision on the First Wave Plaintiffs' ("FWPs") Motion for Reconsideration, (ECF No. 818), and any future appeal by the FWPs to the Federal Circuit. The Motion to Stay is unopposed.

    The parties have raised nothing in their Motion to Stay, nor at the April 24, 2025 hearing that warrants consigning this matter to continued procedural purgatory. (*See* Hearing Transcript, ECF No. 838). Therefore, SWPs' Motion to Stay Proceedings is **DENIED**. A trial schedule will be filed separately.

    **IT IS SO ORDERED.**

                                                 s/    David A. Tapp
                                                DAVID A. TAPP, Judge