# In the United States Court of Federal Claims

No. 93-655C
Filed: August 20, 2025

| | |
|---|---|
| **ANAHEIM GARDENS, et al.,** | |
| *Plaintiffs*, | |
| v. | |
| **THE UNITED STATES,** | |
| *Defendant*. | |

## ORDER

The Court **ORDERS** the parties to adhere to the following trial schedule, which incorporates parties' proposed pretrial timeline, (*see* Joint Status Report at 2–3, ECF No. 852):

| | |
|---|---|
| Initial Meeting of Counsel | March 16, 2026 |
| Initial Pre-Trial Conference | March 19, 2026, at 1:00 PM (ET) |
| Deadline for Filing Witness and Exhibit Lists | March 27, 2026 |
| Deadline for Filing Objections to Witness and Exhibit Lists | April 10, 2026 |
| Deadline for Filing Replies to Objections to Witness and Exhibit Lists | April 17, 2026 |
| Deadline for Filing Motions *in limine* | April 24, 2026 |
| Deadline for Filing Pretrial Memoranda, not to exceed 25 pages | May 1, 2026 |
| Deadline for Filing Responses to Motions *in limine* | May 8, 2026 |
| Deadline for Filing Replies to Motions *in limine* | May 15, 2026 |
| Meeting of Counsel | May 29, 2026 |
| Deadline for Filing Joint Exhibit List, Joint Stipulation of Facts, and Joint Statement of Good Faith | June 5, 2026 |
| Final Pre-Trial Conference | June 22, 2026, at 1:00 PM (ET) |
| Deadline for Filing Each Party's Order of Witnesses | July 1, 2026 |
| Trial begins | July 6, 2026, at 9:00 AM (ET)<br>Howard T. Markey National Courts Building |

      The Court will structure trial as the parties have proposed, taking two week breaks between each of the six groups of Second-Wave Plaintiffs ("SWPs"). (JSR at 3–5). Parties should plan to have their experts testify once at the conclusion of all six groups of SWPs.

      **IT IS SO ORDERED.**

s/    David A. Tapp  
DAVID A. TAPP, Judge
