# In the United States Court of Federal Claims

No. 93-655C
Filed: September 16, 2025

---

**ANAHEIM GARDENS, et al.,**

    *Plaintiffs*,

v.

**THE UNITED STATES,**

    *Defendant*.

---

## SCHEDULING ORDER

The Court **ORDERS** the parties to adhere to the following deadlines:

| | |
|---|---|
| Joint Status Report | October 16, 2025 (and every 30 days thereafter) |
| Exchange of Affirmative Expert Reports | October 30, 2025 |
| Exchange of Rebuttal Expert Reports | January 5, 2026 |
| Close of Expert Discovery | February 4, 2026 |

**IT IS SO ORDERED.**

                                                  s/    David A. Tapp
                                                  DAVID A. TAPP, Judge