**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

ANAHEIM GARDENS, *et al.*,       )
                             )
        Plaintiffs,        )
                             )
       v.                 )     No. 93-655C
                             )     (Judge Tapp)
THE UNITED STATES,       )
                             )
        Defendant.       )

**MOTION FOR A STAY OF EXPERT DISCOVERY DEADLINES AND
OTHER PROCEEDINGS IN LIGHT OF LAPSE OF APPROPRIATIONS**

The United States of America hereby moves for a stay of expert discovery deadlines and any other proceedings in the above-captioned consolidated case, including the October 16, 2025 deadline for filing a joint status report and the October 30, 2025 deadline for the exchange of affirmative expert reports.

1.      At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and those appropriations to the Department lapsed. The Department does not know when such funding will be restored by Congress.

2.      Absent an appropriation, Department of Justice attorneys are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property."  31 U.S.C. § 1342.

3.      Undersigned counsel for the Department of Justice therefore requests a stay of expert discovery deadlines and any other proceedings in the above-captioned consolidated case, including the October 16, 2025 deadline for filing a joint status report and the October 30, 2025 deadline for the exchange of affirmative expert reports until Congress has restored appropriations to the Department.

4.      If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department.  The Government requests that, at that point, all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations – i.e., each deadline would be extended by the total number of days of the lapse in appropriations.

5.      Counsel for the Government contacted counsel for plaintiffs, Harry Kelly, on October 2, 2025, and was told by Mr. Kelly that plaintiffs have no objection to this motion.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the Government hereby moves for a stay of expert discovery deadlines and any other proceedings in this case until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

PATRICIA M. McCARTHY
Director

s/ Franklin E. White, Jr. by s/ Claudia Burke
FRANKLIN E. WHITE, JR.
Assistant Director

s/ Amanda L. Tantum
AMANDA L. TANTUM
EMMA E. BOND
Senior Trial Counsel
A. BONDURANT ELEY
Senior Litigation Counsel
TATE N. WALKER
Trial Attorney
Commercial Litigation Branch
Civil Division, Department of Justice
P.O. Box 480, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-8131
E-mail: amanda.tantum@usdoj.gov

Attorneys for Defendant

October 1, 2025