# In the United States Court of Federal Claims
### Nos. 93-655 C, 93-6583 C, 93-6573 C, 93-6569 C, & 93-6571 C
### Filed: December 30, 2025

```
*************************************
ANAHEIM GARDENS, et al.,            *
            Plaintiffs,             *          RULE 54(b)
                                    *          JUDGMENT
      v.                            *
                                    *
THE UNITED STATES                   *
            Defendant.              *
*************************************
```

    Pursuant to the court's Memorandum Opinion and Order, filed December 19, 2025, granting defendant's motion for summary judgment pertaining to Plaintiffs 5324 Foothill Apartments, GP (Case No. 93-6583) and Metro West Limited, L.P. (Case No. 93-6573), and directing the entry of partial judgment pursuant to Rule 54(b), there being no just reason for delay,

    IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that judgment is entered in favor of the defendant as to Plaintiffs 5324 Foothill Apartments, GP (case no. 93-6583) and Metro West Limited, L.P. (case no. 93-6573).

                                                     Lisa L. Reyes
                                                     Clerk of Court

                              By:     s/ Ashley Reams
                                                     Deputy Clerk

NOTE: As to appeal to the United States Court of Appeals for the Federal Circuit, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Effective December 1, 2023, the appeals fee is $605.00.