# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| ANAHEIM GARDENS, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) No. 93-655 |
| | ) (Judge David Tapp) |
| THE UNITED STATES, | ) |
| | ) |
| Defendant. | ) |

## UNOPPOSED MOTION TO EXTEND PLAINTIFFS' DEADLINE TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT ON THE CLAIMS OF SECOND-WAVE PLAINTIFFS C-W ASSOCIATES, LP AND B-L ASSOCIATES, LP

Plaintiffs, by and through their attorneys, hereby submit their unopposed motion to extend the deadline to respond to the United States' Motion for Summary Judgment on the Claims of Second-Wave Plaintiffs C-W Associates, LP and B-L Associates, LP (ECF No. 871) (the "Motion") by fourteen (14) days, thorough and including, March 3, 2026. As grounds therefore the plaintiffs state as follows:

1. The United States filed its Motion on January 20, 2026. Plaintiffs' response to the Motion is currently due on February 17, 2026.

2. Plaintiffs have been diligently working to respond to the United States' Motion but are also, pursuant to the Court's Scheduling Order (ECF No. 866), preparing expert rebuttal reports due on February 20, 2026. Preparation of rebuttal reports has required substantial analysis and coordination with Plaintiffs' experts.

3. In addition, Plaintiffs have been concurrently engaged in responding to the United States' requests for clarifications concerning portions of Plaintiffs' expert report concerning economic losses and just compensation.

4.       Plaintiffs' efforts to address the United States' requests regarding expert report clarification, combined with the time-consuming preparation of expert rebuttal reports, have necessitated additional time and resources that would otherwise be devoted to preparing Plaintiffs' response to the United States' Motion.

5.       Absent a brief extension, Plaintiffs would be unduly prejudiced in their ability to fully and fairly respond to the United States' Motion. The extension will not otherwise affect the deadlines in the Court's Scheduling Order (ECF No. 866).

6.       No prior request has been made to extend this deadline.

7.       Plaintiffs therefore respectfully request a fourteen-day (14) extension of time, through and including March 3, 2026, for Plaintiffs to file their response to the United States' motion for summary judgment.

8.       Plaintiffs' counsel has conferred with counsel for the United States regarding this request. The United States does not oppose the relief sought in this motion.

Dated: February 13, 2026                          Respectfully submitted,

/s/Harry J. Kelly
Harry J. Kelly
NIXON PEABODY LLP
799 9th Street N.W., Suite 500
Washington, D.C. 20001
(202) 585-8000
hkelly@nixonpeabody.com

Counsel for Plaintiffs

**CERTIFICATE OF SERVICE**

     I certify that I caused a copy of the foregoing motion to be filed electronically on this 13th day of February, 2026, which will then send a notification of such filing (NEF) to the following recipients:

          AMANDA L. TANTUM
          Senior Trial Counsel
          Commercial Litigation Branch
          Civil Division
          Department of Justice
          Ben Franklin Station
          P.O. Box 480
          Washington, D.C. 20044
          amanda.tantum@usdoj.gov

          */s/Harry J. Kelly*
          Harry J. Kelly