# In the United States Court of Federal Claims

No. 93-655C
Filed: February 25, 2026

|  |
|---|
| **ANAHEIM GARDENS, et al.,**  *Plaintiffs*,  v.  **THE UNITED STATES,**  *Defendant*. |

### ORDER

On February 19, 2026, the United States filed a corrected Motion to Stay Deadline for Submission of Expert Rebuttal Reports on Economic Impact Pending Completion of Plaintiffs' Opening Expert Report.[1] (Def.'s Mot., ECF No. 876). The Motion is unopposed. (Def.'s Mot. at 1). The deadline to exchange rebuttal expert reports was February 20, 2026. (Sched. Order, ECF No. 866). Because that deadline has passed, the Motion is **DENIED as MOOT** and the Court's expert discovery schedule is **STAYED** pending further orders.

Furthermore, the Plaintiffs' expert, Dr. Stephen Roulac, is **ORDERED** to produce the information missing from his report no later than **Monday, March 2, 2026, at 6:00 PM (PT)**.

**IT IS SO ORDERED.**

s/ David A. Tapp
DAVID A. TAPP, Judge

---

[1] The United States' first iteration of this Motion, (ECF No. 874), is similarly **DENIED as MOOT**.