## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ANAHEIM GARDENS, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 93-655 |
| | ) | (Judge David Tapp) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**UNOPPOSED SECOND MOTION TO EXTEND PLAINTIFFS' DEADLINE TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT ON THE CLAIMS OF SECOND-WAVE PLAINTIFFS C-W ASSOCIATES, LP AND B-L ASSOCIATES, LP**

Plaintiffs, by and through their attorneys, hereby submit their unopposed second motion to extend the deadline to respond to the United States' Motion for Summary Judgment on the Claims of Second-Wave Plaintiffs C-W Associates, LP and B-L Associates, LP (ECF No. 871) (the "Motion") by seven (7) days, through and including, March 10, 2026. As grounds therefore the plaintiffs state as follows:

1. Plaintiffs filed an Unopposed Motion to Extend Plaintiffs' Deadline to Respond to Defendant's Motion for Summary Judgment on February 13, 2026, by fourteen (14) days to March 3, 2026 (ECF No. 873).

2. This Court granted Plaintiffs' motion on February 17, 2026.

3. After obtaining the fourteen (14) day extension, Plaintiffs anticipated that they would be able to focus on, and timely submit, their response to the United States' Motion by the new deadline. However, Plaintiffs have been compelled to direct additional time and resources to address issues with their expert's original report. The Court scheduled a status conference to discuss these matters on February 25, 2026.

4. Following the February 25 status conference, the Court entered an order staying the expert discovery schedule and directing Plaintiffs' expert, Dr. Stephen Roulac, to produce additional information by March 2, 2026, the day before the current deadline for the Plaintiffs to respond to the Motion. *See* ECF No. 877.

5. As a result of the Court's order, Plaintiffs have prioritized their efforts and are intensely focused on meeting the March 2 expert report deadline. Because resources which would otherwise be devoted to preparing Plaintiffs' response to the United States' Motion are needed for meeting this Court's March 2 expert report deadline, Plaintiffs will need additional time to submit their response to the United States' Motion.

6. Absent a brief extension, Plaintiffs would be unduly prejudiced in their ability to fully and fairly respond to the United States' Motion. The extension will not otherwise affect the deadlines in the Court's Scheduling Order (ECF No. 866).

7. Plaintiffs' counsel has conferred with the United States' counsel regarding this request. The United States has stated that it does not oppose the relief sought in this motion.

8. Plaintiffs therefore respectfully request an additional seven (7) day extension of time, through and including March 10, 2026, for Plaintiffs to file their response to the United States' Motion.

Dated: February 26, 2026

Respectfully submitted,

*/s/ Harry J. Kelly*
Harry J. Kelly
NIXON PEABODY LLP
799 9th Street N.W., Suite 500
Washington, D.C. 20001
(202) 585-8000
hkelly@nixonpeabody.com

Counsel for Plaintiffs

## **CERTIFICATE OF SERVICE**

I certify that I caused a copy of the foregoing motion to be filed electronically on this 26th day of February, 2026, which will then send a notification of such filing (NEF) to the following recipients:

>Amanda L. Tantum
>Senior Trial Counsel
>Commercial Litigation Branch
>Civil Division
>Department of Justice
>Ben Franklin Station
>P.O. Box 480
>Washington, D.C. 20044
>amanda.tantum@usdoj.gov

                      */s/ Harry J. Kelly*
                      Harry J. Kelly