**FORM 1. Notice of Appeal from a United States Federal Court (District Court, Court of Appeals for    Form 1
Veterans Claims, Court of Federal Claims (non-vaccine appeals), and Court of International Trade)    March 2023**

# UNITED STATES

# COURT OF FEDERAL CLAIMS

## NOTICE OF APPEAL

Notice is hereby given that the appellant(s) listed below hereby appeal(s) the below-noted case to the United States Court of Appeals for the Federal Circuit.

Case number being appealed:    93-655C

Case title being appealed:    Anaheim Gardens et al. v. The United States

Date of final judgment or order being appealed:    12/30/2025

**List all Appellants** (List each party filing this appeal.  Do not use "et al." or other abbreviations.  Attach continuation pages if necessary.)

5324 Foothill Apartments, G.P.

Metro West Limited, L.P. (real party in interest: West 110th Street Apartments, G.P.)

Date: 02/27/2026

Signature: /s/ Harry J. Kelly

Name: Harry J. Kelly

Address: Nixon Peabody LLP

799 9th Street NW, Suite 500

Washington, D.C. 20001

Phone Number: (202) 585-8000

Email Address: hkelly@nixonpeabody.com