## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ANAHEIM GARDENS, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 93-655C |
| | ) | (Judge Tapp) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

## **JOINT STATUS REPORT**

Pursuant to the Court's November 20, 2025 order, ECF No. 866, requiring a joint status report to be filed every 30 days after December 10, 2025, plaintiffs, Anaheim Gardens, *et al.* (specifically, the Second-Wave Plaintiffs (SWPs)), and defendant, the United States, respectfully provide the following joint status report.

On March 10, 2026, the Court issued an order requiring the parties to file a joint status report related to the status of expert discovery on or before Friday, March 13, 2026. ECF No. 882. The parties are preparing a thorough discussion of the status of expert discovery to provide to the Court by the March 13, 2026 deadline.

| | |
|---|---|
| s/ Harry J. Kelly<br>Harry J. Kelly<br>NIXON PEABODY LLP<br>799 9th Street N.W., Suite 500<br>Washington, D.C. 20001<br>(202) 585-8000<br>hkelly@nixonpeabody.com<br><br>Attorneys for Plaintiffs | Respectfully submitted,<br><br>BRETT A. SHUMATE<br>Assistant Attorney General<br><br>PATRICIA M. McCARTHY<br>Director<br><br>FRANKLIN E. WHITE, JR.<br>Assistant Director<br><br>s/ Amanda L. Tantum<br>AMANDA L. TANTUM<br>Senior Trial Counsel<br>A. BONDURANT ELEY<br>Senior Litigation Counsel<br>STEPHANIE FLEMING<br>TATE N. WALKER<br>Trial Attorneys<br>Commercial Litigation Branch<br>Civil Division, Department of Justice<br>P.O. Box 480, Ben Franklin Station<br>Washington, D.C. 20044<br>Telephone: (202) 616-8131<br>E-mail: amanda.tantum@usdoj.gov |
| March 11, 2026 | Attorneys for Defendant |