# In the United States Court of Federal Claims

No. 93-655C
Filed: April 2, 2026
Reissued: April 13, 2026[1]

| |
|---|
| **ANAHEIM GARDENS, et al.,**<br><br>*Plaintiffs,*<br><br>**v.**<br><br>**THE UNITED STATES,**<br><br>*Defendant.* |

## ORDER

Per the Court's discussion with parties at the Apil 1, 2026 Hearing, (*see* 4/1/26 Dkt. Order), the Court hereby **ORDERS** Plaintiffs to produce the supplemental expert materials requested by the United States by **Friday, April 3, 2026, at 5:00 PM (ET)**. Plaintiffs **SHALL NOT** produce any further iterations of Exhibit 19, as both parties agreed to be bound by the February 13, 2026 version. (Hearing Transcript, 35:7–9 (The Court: "What version do you want me to commit [Plaintiffs] to?" Def.'s Counsel: "February 13th."), 39:13–16 (Pls.' Counsel: "The Court asked the United States . . . whether the February 13th one would be acceptable. It is to the Plaintiffs. We're prepared to rely on that."), ECF No. 900). Plaintiffs' production shall be limited to only the outstanding materials specifically identified at the hearing, as the deadline for exchanging affirmative experts reports has long passed.

Expert discovery was stayed on February 25, 2026. (ECF No. 877). That stay is hereby lifted, and expert discovery will now close on **Monday, April 27, 2026**. Rebuttal expert reports are due by the end of expert discovery. All other deadlines in the Court's expert discovery schedule, (see ECF No. 866), are set aside. The deadlines set forth in the Court's Pretrial Scheduling Order, (ECF No. 856), remain in effect.

**IT IS SO ORDERED.**

s/      David A. Tapp
DAVID A. TAPP, Judge

---

[1] Reissued to include transcript citation.