# In the United States Court of Federal Claims

No. 93-655C
Filed: April 21, 2026

---

ANAHEIM GARDENS, et al.,

    *Plaintiffs*,

v.

THE UNITED STATES,

    *Defendant*.

---

### ORDER

   Per the Court's discussion with parties at the Initial Pretrial Conference, (*see* Dkt. Order 4/21/26), Plaintiffs are **ORDERED** to file the following by **Friday, May 1, 2026**:

- A legible version of their Exhibit List, (ECF No. 893);
- A revised version of their Witness List, (ECF No. 892), specifically identifying the subject matter of each witness's anticipated testimony and the bases for each claimed witness unavailability; and
- A revised version of their Objections to the Defendant's Proposed Witness List, (ECF No. 909), that states each objection with more specificity and in sufficient detail.

   Plaintiffs are also **ORDERED** to submit their objections to Defendant's Exhibit List in a Microsoft Excel document via email per this Court's Chambers Rules. (*See* ECF No. 794 at 6). Correspondingly, the United States' objections to the Plaintiffs' revised Witness List, if any, shall be due by **Friday, May 8, 2026**. Accordingly, the parties **SHALL** adhere to the following revised pretrial schedule:

| Event | Deadline |
|---|---|
| Deadline for Filing Motions *in limine* | April 24, 2026 |
| Close of Expert Discovery | April 27, 2026 |
| Deadline for Filing *Daubert* Motions | May 1, 2026 |
| Deadline for Filing Pretrial Memoranda, not to exceed 25 pages | May 1, 2026 |
| Deadline for Filing Responses to Motions *in limine* | May 8, 2026 |
| Replies to Objections to Witness and Exhibit Lists | May 13, 2026 |
| Deadline for Filing Replies to Motions *in limine* | May 15, 2026 |
| Meeting of Counsel | May 29, 2026 |
| Deadline for Filing Joint Exhibit List, Joint Stipulation of Facts, and Joint Statement of Good Faith | June 5, 2026 |

| Final Pre-Trial Conference and Summary Judgment Hearing | June 22, 2026, at 1:00 PM (ET) |
| --- | --- |
| Deadline for Filing Each Party's Order of Witnesses | July 1, 2026 |
| Trial begins | July 6, 2026, at 9:00 AM (ET) |

A hearing on the Defendant's Motion for Summary Judgment on the Claims of Second-Wave Plaintiffs C-W Associates, LP and B-L Associates, LP, (ECF No. 871), is scheduled for **June 22, 2026, at 2:00 PM (ET)** immediately following the Final Pre-Trial Conference.

Finally, the Court has blocked off the following dates for trial:

- Monday, July 6 – Friday, July 17, 2026
- Monday, August 3 – Wednesday, August 12, 2026
- Monday, August 31 – Friday, September 11, 2026
- Monday, September 28 – Friday, October 9, 2026
- Monday, October 26 – Friday, November 6, 2026
- Monday, December 7 – Friday, December 18, 2026

As discussed during the Initial Pretrial Conference, the Court is prepared to follow the parties' proposed order of plaintiffs and lay witnesses, (*see* Joint Status Report at 4–5, ECF No. 851), so long as each entire two-week period is utilized to the fullest extent possible and trial is proceeding efficiently. Parties will also be required to submit their Post-Trial Proposed Findings of Fact and Conclusions of Law on a rolling basis, **twenty-one days** after the corresponding transcript is filed.

      **IT IS SO ORDERED.**

s/     David A. Tapp
DAVID A. TAPP, Judge

2