**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| ANAHEIM GARDENS, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 93-655 |
| | ) | (Judge David Tapp) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**UNOPPOSED MOTION TO EXTEND DEADLINE FOR FILING PRETRIAL MEMORANDA**

Plaintiffs, by and through their attorneys, hereby submit their unopposed motion to extend the deadline for the parties to file pretrial memoranda by seven (7) days, through and including, May 8, 2026. As grounds therefore the plaintiffs state as follows:

1.      The parties' pretrial memoranda are currently due May 1, 2026. ECF No. 856.

2.      Following the initial pretrial conference, Plaintiffs were directed to file, also on May 1, a revised version of their Exhibit List, a revised version of their Witness List, and a revised version of their Objections to Defendant's Proposed Witness List. ECF No. 912.

3.      Apart from work on other matters and appeals pending in the Federal Circuit, Plaintiffs have also been diligently working on a motion for leave to designate deposition transcripts for trial which they intend to file on Friday, May 1.

4.      As a result, Plaintiffs require additional time to properly finalize and file their pretrial memorandum.

5.      Absent a brief extension, Plaintiffs would be unduly prejudiced in their ability to fully and fairly prepare their pretrial memorandum to comply with the Court's Scheduling Order.

6.      No prior request has been made to extend this deadline.

7.      Plaintiffs therefore respectfully request a brief seven-day (7) extension of time, through and including, May 8, 2026, for the parties to file their pretrial memoranda.

8.      Plaintiffs' counsel has conferred with counsel for the United States regarding this request. The United States has stated that it is amenable to a one-week extension of the deadline, up to and including May 8, for both parties to file their pretrial memoranda and does not oppose the relief sought in this motion.

Dated: April 29, 2026                                  Respectfully submitted,


                                                       /s/ *Harry J. Kelly*
                                                       Harry J. Kelly
                                                       NIXON PEABODY LLP
                                                       799 9th Street N.W., Suite 500
                                                       Washington, D.C. 20001
                                                       (202) 585-8000
                                                       hkelly@nixonpeabody.com

                                                       Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I certify that I caused a copy of the foregoing motion to be filed electronically on this 29th day of April, 2026, which will then send a notification of such filing (NEF) to the following recipients:

AMANDA L. TANTUM
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Ben Franklin Station
P.O. Box 480
Washington, D.C. 20044
amanda.tantum@usdoj.gov


/s/ Harry J. Kelly
Harry J. Kelly