**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| ANAHEIM GARDENS, *et al.*,       ) | |
|                       ) | |
|       Plaintiffs,      ) | |
|                       ) | |
|       v.                   ) | No. 93-655C |
|                       ) | (Judge Tapp) |
| THE UNITED STATES,      ) | |
|                       ) | |
|       Defendant.    ) | |

**JOINT STATUS REPORT**

At the initial pretrial conference on April 21, 2026, at the request of the Court, counsel for Plaintiffs said that the plaintiffs anticipated filing their motion to authorize designation of deposition testimony by May 1, 2026.  The Court's most recent Order (ECF No. 912) does not formally set a deadline for Plaintiffs to file that motion.  Since that time, Plaintiffs have proposed an alternative to the government that would allow the parties to submit a joint motion and/or joint deposition designations.  Several members of the government's team are unavailable at the moment, and the government has requested an opportunity to discuss these matters in more detail early next week.  An agreement with respect to moving for the admission of deposition designations would conserve the resources of the parties and the Court, could minimize contested motions, and could streamline the number of designations made.  After consulting early next week, the parties will report back to the Court to explain the outcome of those discussions and when the parties propose to submit a joint motion or unilateral motions to designate deposition testimony.

Respectfully submitted,

s/ Harry J. Kelly
Harry J. Kelly
NIXON PEABODY LLP
799 9th Street N.W., Suite 500
Washington, D.C. 20001
(202) 585-8000
hkelly@nixonpeabody.com

Attorneys for Plaintiffs

BRETT A. SHUMATE
Assistant Attorney General

PATRICIA M. McCARTHY
Director

FRANKLIN E. WHITE, JR.
Assistant Director

s/ Amanda L. Tantum
AMANDA L. TANTUM
Senior Trial Counsel
A. BONDURANT ELEY
Senior Litigation Counsel
STEPHANIE FLEMING
TATE N. WALKER
Trial Attorneys
Commercial Litigation Branch
Civil Division, Department of Justice
P.O. Box 480, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-8131
E-mail: amanda.tantum@usdoj.gov

May 1, 2026

Attorneys for Defendant

2