**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| ANAHEIM GARDENS, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) No. 93-655 |
| | ) (Judge Tapp) |
| THE UNITED STATES, | ) |
| | ) |
| Defendant. | ) |

**SECOND WAVE PLAINTIFFS' REVISED WITNESS LIST**

Pursuant to the Court's April 21, 2026 Order (ECF No. 912), the Second Wave Plaintiffs (the "SWPs"), by and through undersigned counsel, hereby file their revised list of persons that SWPs may or expect to call as fact and expert witnesses at trial.

SWPs expect to call the following witnesses at trial, except as otherwise noted.

| Name | Contact Information | Topics of Testimony | Expected Length of Direct Examination |
|---|---|---|---|
| Suzanne Emge | Contact through Nixon Peabody LLP<br><br>799 9th Street, Ste. 500 Washington, DC 20001 202-585-8000 | Ms. Emge is General Partner of The Palomar Apartments L.P. and the daughter of its former general partner, Jerry Katleman (now deceased). She may testify about the history of The Palomar Apartments and partnership, all topics covered in her depositions related to the property, and facts regarding *Penn Central* factors, including investment-backed expectations and economic impact of ELIHPA and LIHPRHA. | 3 Hours |

| Name | Contact Information | Topics of Testimony | Expected Length of Direct Examination |
|---|---|---|---|
| Floyd Abramson[1] | Contact through Nixon Peabody LLP<br><br>799 9th Street, Ste. 500 Washington, DC 20001 202-585-8000 | Mr. Abramson was a limited partner in The Palomar Apartments L.P. and testified via declaration about the history and development of the property, his involvement in the partnership as limited partner, facts regarding *Penn Central* factors including investment-backed expectations, and economic impact of ELIHPA and LIHPRHA. | 1 Hour |
| Lawrence ("Larry") S. Levy | Contact through Nixon Peabody LLP<br><br>799 9th Street, Ste. 500 Washington, DC 20001 202-585-8000 | Mr. Levy was formerly the real estate attorney of several SWPs and may testify about The Palomar Apartments, Metro West Apartments, Sierra Vista One, Foothill Plaza Apartments, San Tomas Garden Apartments, history of these properties and partnerships, ELIHPA and LIHPRHA application processing, facts regarding *Penn Central* factors including investment-backed expectations, and economic impact of ELIHPA and LIHPRHA, correspondence with HUD regarding these properties, and topics covered in his depositions related to these properties. | 8 Hours |
| Jeff Stern | Contact through Nixon Peabody LLP | Mr. Stern is respectively the son, nephew, and grandson of the original general partners | 6 Hours |

---

[1]    Mr. Abramson is, unfortunately, deceased and therefore certainly unavailable to testify at trial. Pursuant to Fed. R. Evid. 804(b)(2), SWPs intend to introduce his declaration which was taken shortly before Mr. Abramson's passing to preserve his testimony.

| Name | Contact Information | Topics of Testimony | Expected Length of Direct Examination |
|---|---|---|---|
| | 799 9th Street, Ste. 500 Washington, DC 20001 202-585-8000 | of B-W Associates L.P. and C-W Associates L.P. and may testify about the history of 100 Centre Plaza and 1550 Beacon Street, the original general partners' investment-backed expectations concerning the partnerships, his involvement in the partnerships and with the properties, their ELIHPA and LIHPRHA application processing, topics covered in his depositions related to these properties, issues related to Ch. 121A (as needed), facts regarding *Penn Central* factors including investment-backed expectations, and the economic impact of ELIHPA and LIHPRHA, and the so-called "pledge" agreement. | |
| Howard Cohen*[2] | Contact through Nixon Peabody LLP<br><br>799 9th Street, Ste. 500 Washington, DC 20001 202-585-8000 | Mr. Cohen was formerly the real estate attorney of B-W Associates L.P. and C-W Associates L.P. and, if called, may testify about 100 Centre Plaza and 1550 Beacon Street, the development of the properties, ELIHPA and LIHPRHA application processing, correspondence with HUD, facts regarding *Penn Central* factors including investment-backed expectations and issues related to Ch. 121A (as needed) and the so-called "pledge" agreement. | 1 Hour |

---

[2]    SWP witnesses denoted with an asterisk may be called.

3

| Name | Contact Information | Topics of Testimony | Expected Length of Direct Examination |
|---|---|---|---|
| Seymour Alpert[3] | Contact through Nixon Peabody LLP<br><br>799 9th Street, Ste. 500 Washington, DC 20001 202-585-8000 | Mr. Alpert is the general partner of Jodani Associates and Suehar Associates and has testified in depositions about the development of Jodani Apartments and Suehar Apartments, the history of the partnerships, investment in the properties, his involvement as general partner, facts regarding *Penn Central* factors including investment-backed expectations, and economic impact of ELIHPA and LIHPRHA, correspondence with HUD, and other topics covered in his depositions related to these properties. | 1 Hour |
| Joseph Alpert | Contact through Nixon Peabody LLP<br><br>799 9th Street, Ste. 500 Washington, DC 20001 202-585-8000 | Mr. Alpert is the son of general partner, Seymour Alpert, and was Vice President of the management company for Jodani Apartments and Suehar Apartments. He may testify about the development of the properties, the partnerships, his involvement as property manager, facts regarding *Penn Central* factors including investment-backed expectations, and economic impact of ELIHPA and LIHPRHA, and other topics covered in his depositions related to these properties. | 6 Hours |

---

[3] SWPs expect to use deposition testimony pursuant to RCFC 32(a)(4), rather than live testimony, from Mr. Alpert at trial because he is unavailable due to health issues, as will be explained in their motion to designate and use deposition transcripts at trial.

| Name | Contact Information | Topics of Testimony | Expected Length of Direct Examination |
|---|---|---|---|
| Robert Ercolini | Contact through Nixon Peabody LLP<br><br>799 9th Street, Ste. 500 Washington, DC 20001 202-585-8000 | Mr. Ercolini is general partner of Algonquin Heights Associates and may testify about the history and development of Algonquin Heights Apartments, the history of the partnership, his involvement as general partner in the partnership, ELIHPA and LIHPRHA application processing, correspondence with HUD, topics covered in his depositions related to Algonquin Heights Apartments, facts regarding *Penn Central* factors including investment-backed expectations, and economic impact of ELIHPA and LIHPRHA, and preparation of investor projections, materials. | 6 Hours |
| John Wall | Contact through Nixon Peabody LLP<br><br>799 9th Street, Ste. 500 Washington, DC 20001 202-585-8000 | Mr. Wall works for Mid-City Financial Corp. (f/k/a Mid-City Developers, Inc.) which developed various SWP properties and may testify about the development of Indian Head Manor Apartments, Millwood Townhouses, Napa Park Apartments, Glenview Gardens Apartments, Ontario Townhouses, Brookside Manor Apartments, Landmark Apartments, Forest Glen Townhouses Phases I and II/III, Cherry Branch Townhouses (f/k/a) Kimberly Gardens Apartments, and Suburbia Fairfax Apartments, | 10 Hours |

| Name | Contact Information | Topics of Testimony | Expected Length of Direct Examination |
|---|---|---|---|
| | | the structure of the properties' partnerships, ELIHPA and LIHPRHA application processing related to these properties, topics covered in his depositions related to these properties, facts regarding *Penn Central* factors including investment-backed expectations, and economic impact of ELIHPA and LIHPRHA. | |
| Murray Haber[4] | Contact through Nixon Peabody LLP  799 9th Street, Ste. 500 Washington, DC 20001 202-585-8000 | Mr. Haber was a limited and general partner in various affordable housing projects and testified in deposition about his involvement in the affordable housing industry, investments related to affordable housing projects, his involvement with some plaintiffs' properties, facts regarding *Penn Central* factors including investment-backed expectations, and economic impact of ELIHPA and LIHPRHA, prepayment restrictions, and other topics covered in his deposition related to the affordable housing industry. | 1 Hour |
| Joel Altman* | To date, undersigned counsel has been unable to reach Mr. Altman and is uncertain of his contact information | Mr. Altman, if called, may testify about facts regarding *Penn Central* factors including investment-backed expectations, and economic impact of ELIHPA and LIHPRHA with respect to | 1 Hour |

---

[4]    SWPs expect to use deposition testimony pursuant to RCFC 32(a)(4), rather than live testimony, from Mr. Haber at trial because he is deceased.

| Name | Contact Information | Topics of Testimony | Expected Length of Direct Examination |
|---|---|---|---|
| | | Forest Glen Townhouses Phases I and II/III. | |
| Peter Gray | Contact through Nixon Peabody LLP<br><br>799 9th Street, Ste. 500 Washington, DC 20001 202-585-8000 | Mr. Gray will testify about the history of Leader House Apartments, New Amsterdam Apartments, and Tower West Apartments, the partnerships, his involvement in the partnerships, ELIHPA and LIHPRHA application processing, facts regarding *Penn Central* factors including investment-backed expectations, and economic impact of ELIHPA and LIHPRHA, and topics covered in his deposition related to these properties. | 3 Hours |
| Stephen Salup[5] | Contact through Nixon Peabody LLP<br><br>799 9th Street, Ste. 500 Washington, DC 20001 202-585-8000 | Mr. Salup's testimony includes facts regarding *Penn Central* factors including investment-backed expectations, and economic impact of ELIHPA and LIHPRHA related to Leader House Apartments, New Amsterdam Apartments, and Tower West Apartments, history of the properties and partnerships, his involvement in the partnerships, and other matters. | 2 Hours |
| James ("Jay") J. Reagan, Jr.[6] | Contact through Nixon Peabody LLP | Mr. Reagan is a general partner of State Street Development Property whose | 1 Hour |

---

[5]    SWPs expect to use deposition testimony pursuant to RCFC 32(a)(4), rather than live testimony, from Mr. Salup at trial because he is unavailable due to health issues, as will be explained in their motion to designate and use deposition transcripts at trial.
[6]    SWPs expect to use deposition testimony pursuant to RCFC 32(a)(4), rather than live testimony, from Mr. Reagan at trial because he is unavailable due to health issues, as will be explained in their motion to designate and use deposition transcripts at trial.

| Name | Contact Information | Topics of Testimony | Expected Length of Direct Examination |
|---|---|---|---|
| | 799 9th Street, Ste. 500 Washington, DC 20001 202-585-8000 | members developed various SWP properties including Brandy Hill Company, Cromwell Court Company, King's Grant Company, Pine Crest Company, and Riverside Village Company. and his testimony includes facts regarding *Penn Central* factors including investment-backed expectations, and economic impact of ELIHPA and LIHPRHA related to these properties, history of partnerships, development of the properties, ELIHPA and LIHPRHA application processing, correspondence with HUD, and other matters raised in his depositions related to these properties. | |
| John R. Gallagher, III[7] | Contact through Nixon Peabody LLP<br><br>799 9th Street, Ste. 500 Washington, DC 20001 202-585-8000 | Mr. Gallagher was a general partner of State Street Development Company whose members developed various SWP properties including Brandy Hill Company, Cromwell Court Company, King's Grant Company, Pine Crest Company, and Riverside Village Company. He testified in deposition about his involvement with the development and history of State Street properties, history and structure of the partnerships, facts regarding | 1 Hour |

---

[7]    SWPs expect to use deposition testimony pursuant to RCFC 32(a)(4), rather than live testimony, from Mr. Gallagher at trial because he is deceased, as will be explained in their motion to designate and use deposition transcripts at trial.

| Name | Contact Information | Topics of Testimony | Expected Length of Direct Examination |
|---|---|---|---|
| | | *Penn Central* factors including investment-backed expectations, and economic impact of ELIHPA and LIHPRHA, correspondence with HUD, and other topics covered in his deposition related to State Street properties. | |
| Gerald W. Blakely, Jr.[8] | Contact through Nixon Peabody LLP<br><br>799 9th Street, Ste. 500 Washington, DC 20001 202-585-8000 | Mr. Blakely's deposition testimony includes topics related to the development and history of State Street properties, history and structure of the partnerships, facts about financial investment in the properties, facts regarding *Penn Central* factors including investment-backed expectations, and economic impact of ELIHPA and LIHPRHA, and other topics related to State Street properties. | 1 Hour |
| John J. O'Donnell, Jr.[9] | Contact through Nixon Peabody LLP<br><br>799 9th Street, Ste. 500 Washington, DC 20001 202-585-8000 | Mr. O'Donnell was a general partner of State Street Development Company whose members developed various SWP properties including Brandy Hill Company, Cromwell Court Company, King's Grant Company, Pine Crest Company, and Riverside Village Company. He testified | 1 Hour |

---

[8]   SWPs expect to use deposition testimony pursuant to RCFC 32(a)(4), rather than live testimony, from Mr. Blakely at trial because he is deceased, as will be explained in their motion to designate and use deposition transcripts at trial.

[9]   SWPs expect to use deposition testimony pursuant to RCFC 32(a)(4), rather than live testimony, from Mr. O'Donnell at trial because he is deceased, as will be explained in their motion to designate and use deposition transcripts at trial.

| Name | Contact Information | Topics of Testimony | Expected Length of Direct Examination |
|---|---|---|---|
| | | in deposition about his involvement with the development and history of State Street properties, history and structure of the partnerships, facts regarding *Penn Central* factors including investment-backed expectations, and economic impact of ELIHPA and LIHPRHA, correspondence with HUD, and other topics covered in his deposition related to State Street properties. | |
| Bradley ("Brad") M. Blaylock | Contact through Nixon Peabody LLP<br><br>799 9th Street, Ste. 500 Washington, DC 20001 202-585-8000 | Mr. Blaylock is president of Thetford Associates, a general partner of Thetford Properties III, L.P. and Thetford Properties IV, L.P. and will testify about River Falls Apartments, Beaumont Avenue Apartments, Coleridge Road Apartments, Henry Street Apartments, Holloway Court Apartments, Icemorelee Street Apartments, Johnson Court Apartments, Millbank Court Apartments, Oakwood Avenue Apartments, Raleigh North Apartments, Tucker Street Apartments, Young Avenue Apartments Southgate Apartments, Jefferson Court Apartments, Glendale Court Apartments, Market North Apartments I, Chowan Court Apartments, Columbus Court Apartments, and Peachtree Apartments, history of the properties and partnerships, | 6 Hours |

| Name | Contact Information | Topics of Testimony | Expected Length of Direct Examination |
|---|---|---|---|
| | | correspondence with Mr. Richard Urban, his involvement in the partnerships, ELIHPA and LIHPRHA application processing, facts regarding *Penn Central* factors including investment-backed expectations, and economic impact of ELIHPA and LIHPRHA, and other topics covered in his depositions related to these properties. | |
| Valerie Jeter | Contact through Nixon Peabody LLP<br><br>799 9th Street, Ste. 500 Washington, DC 20001 202-585-8000 | Ms. Jeter works for Thetford Associates, a general partner of Thetford Properties III, L.P. and Thetford Properties IV, L.P., and will testify about River Falls Apartments, Beaumont Avenue Apartments, Coleridge Road Apartments, Henry Street Apartments, Holloway Court Apartments, Icemorelee Street Apartments, Johnson Court Apartments, Millbank Court Apartments, Oakwood Avenue Apartments, Raleigh North Apartments, Tucker Street Apartments, Young Avenue Apartments Southgate Apartments, Jefferson Court Apartments, Glendale Court Apartments, Market North Apartments I, Chowan Court Apartments, Columbus Court Apartments, and Peachtree Apartments, the history of the properties, ELIHPA and LIHPRHA application processing, investments related to these properties, facts regarding | 6 Hours |

| Name | Contact Information | Topics of Testimony | Expected Length of Direct Examination |
|---|---|---|---|
| | | *Penn Central* factors including investment-backed expectations, and economic impact of ELIHPA and LIHPRHA, and topics covered in her depositions related to these properties. | |
| Richard Urban[10] | Contact through Nixon Peabody LLP<br><br>799 9th Street, Ste. 500 Washington, DC 20001 202-585-8000 | Mr. Urban was the general partner of Thetford Properties III, L.P. and Thetford Properties IV, L.P. and testified in depositions about River Falls Apartments, Beaumont Avenue Apartments, Coleridge Road Apartments, Henry Street Apartments, Holloway Court Apartments, Icemorelee Street Apartments, Johnson Court Apartments, Millbank Court Apartments, Oakwood Avenue Apartments, Raleigh North Apartments, Tucker Street Apartments, Young Avenue Apartments Southgate Apartments, Jefferson Court Apartments, Glendale Court Apartments, Market North Apartments I, Chowan Court Apartments, Columbus Court Apartments, and Peachtree Apartments, the origination of the partnerships, history of the properties, his involvement in the partnerships, facts regarding *Penn Central* factors including investment-backed expectations, and economic impact of ELIHPA | 1 Hour |

---

[10] SWPs expect to use deposition testimony pursuant to RCFC 32(a)(4), rather than live testimony, from Mr. Urban at trial because he is deceased, as will be explained in their motion to designate and use deposition transcripts at trial.

| Name | Contact Information | Topics of Testimony | Expected Length of Direct Examination |
|---|---|---|---|
| | | and LIHPRHA, processing of ELIHPA and LIHPRHA applications, and other topics covered in his depositions related to these properties. | |
| Marc Kaplan | Contact through Nixon Peabody LLP<br><br>799 9th Street, Ste. 500 Washington, DC 20001 202-585-8000 | Mr. Kaplan is general partner of Fort Heath Associates and will testify about Fort Heath Apartments, development of property and partnership, his involvement in the partnership, topics covered in depositions related to Fort Heath Apartments, facts regarding *Penn Central* factors including investment-backed expectations, and economic impact of ELIHPA and LIHPRHA | 3 Hours |
| Jeff Gardner | Contact through Nixon Peabody LLP<br><br>799 9th Street, Ste. 500 Washington, DC 20001 202-585-8000 | Mr. Gardner is the general partner of Briar Crest, G.P., Briar Crest Apartments II, L.P., and Briar Hills, L.P. and will testify about the history of the partnerships and Briar Crest I Apartments, Briar Crest II Apartments, and Briar Hills Townhouses properties, his involvement in the partnerships and with the properties, correspondence with HUD, facts regarding *Penn Central* factors including investment-backed expectations, and the economic impact of ELIHPA and LIHPRHA on these properties, and other topics covered in his depositions related to these properties. | 6 Hours |
| Harold Walter* | Contact through Nixon Peabody LLP | Mr. Walter is the limited partner of Briar Crest, G.P., | 2 Hours |

13

| Name | Contact Information | Topics of Testimony | Expected Length of Direct Examination |
|---|---|---|---|
| | 799 9th Street, Ste. 500 Washington, DC 20001 202-585-8000 | Briar Crest Apartments II, L.P., and Briar Hills, L.P. and, if called, he may testify about Briar Crest I Apartments, Briar Crest II, Apartments, and Briar Hills Townhouses, the history of the partnerships and properties, his involvement in the partnerships and with the properties, facts regarding *Penn Central* factors including investment-backed expectations, and the economic impact of ELIHPA and LIHPRHA on these properties. | |
| Susan Doroh[11] | Contact through Nixon Peabody LLP 799 9th Street, Ste. 500 Washington, DC 20001 202-585-8000 | Ms. Doroh is the former management agent for Briar Crest, G.P., Briar Crest Apartments II, L.P., and Briar Hills, L.P. Her testimony includes facts regarding *Penn Central* factors including investment-backed expectations, and the economic impact of ELIHPA and LIHPRHA on the properties, Briar Crest I Apartments, Briar Crest II, Apartments, and Briar Hills Townhouses, the history of the partnerships, her involvement with the partnerships and properties, ELIHPA and LIHPRHA application processing, correspondence with HUD, | 1 Hour |

---

[11]    SWPs expect to use deposition testimony pursuant to RCFC 32(a)(4), rather than live testimony, from Ms. Doroh because she is unavailable due to health issues, as will be explained in their motion to designate and use deposition transcripts at trial.

| Name | Contact Information | Topics of Testimony | Expected Length of Direct Examination |
|---|---|---|---|
| | | and other topics covered in her depositions related to these properties. | |
| Francis ("Moe") Preroff | Contact through Nixon Peabody LLP<br><br>799 9th Street, Ste. 500 Washington, DC 20001 202-585-8000 | Mr. Preroff was the company director of the management agent for the Garrison Forest Apartments I, Garrison Forest Apartments II, Town & Country Apartments & Townhouses Sections I & II partnerships and will testify about the history of the partnerships and properties, his involvement as management agent in the partnerships and properties, facts regarding *Penn Central* factors including investment-backed expectations, and the economic impact of ELIHPA and LIHPRHA on these properties, correspondence with HUD, and other topics covered in his depositions related to these properties. | 6 Hours |
| Richard Davison[12] | Contact through Nixon Peabody LLP<br><br>799 9th Street, Ste. 500 Washington, DC 20001 202-585-8000 | Mr. Davison was general partner in the partnerships which developed Garrison Forest Apartments I, Garrison Forest Apartments II, Town & Country Apartments & Townhouses Sections I & II and testified by deposition about the history of the properties and partnerships, his involvement in the partnerships, facts regarding *Penn Central* factors | 1 Hour |

---

[12] SWPs expect to use deposition testimony pursuant to RCFC 32(a)(4), rather than live testimony, from Mr. Davison at trial because he is deceased, as will be explained in their motion to designate and use deposition transcripts at trial.

| Name | Contact Information | Topics of Testimony | Expected Length of Direct Examination |
|---|---|---|---|
| | | including investment-backed expectations, and economic impact of ELIHPA and LIHPRHA, and other matters related to these properties. | |
| Richard Tod ("Tod") Spieker | Contact through Nixon Peabody LLP<br><br>799 9th Street, Ste. 500 Washington, DC 20001 202-585-8000 | Mr. Spieker is general partner of West 110th Street Apartments G.P., Sierra Vista One L.P., 5324 Foothill Plaza Apartments G.P., 825 San Tomas Gardens L.P., and will testify about Metro West Apartments, Sierra Vista One, Foothill Plaza Apartments, San Tomas Garden Apartments, origination of partnerships, history of properties, his involvement in the partnerships, processing of ELIHPA and LIHPRHA applications, correspondence with HUD, facts regarding *Penn Central* factors including investment-backed expectations, and economic impact of ELIHPA and LIHPRHA, and other topics covered in his depositions related to these properties. | 10 Hours |
| Catherine Reilly Spieker* | Contact through Nixon Peabody LLP<br><br>799 9th Street, Ste. 500 Washington, DC 20001 202-585-8000 | Mrs. Spieker is a general partner of West 110th Street Apartments G.P. and 5324 Foothill Plaza Apartments, G.P., and may testify about the history of Metro West Apartments, Foothill Plaza Apartments, origination of partnerships, her involvement as general partner in the partnerships, ELIHPA and LIHPRHA | 5 Hours |

16

| Name | Contact Information | Topics of Testimony | Expected Length of Direct Examination |
|---|---|---|---|
| | | application processing, correspondence with HUD, facts regarding *Penn Central* factors including investment-backed expectations, and economic impact of ELIHPA and LIHPRHA, and topics covered in her depositions related to these properties. | |
| Dean Donnelson | Contact through Nixon Peabody LLP<br><br>799 9th Street, Ste. 500 Washington, DC 20001 202-585-8000 | Mr. Donnelson will testify about facts regarding *Penn Central* factors including investment-backed expectations, and economic impact of ELIHPA and LIHPRHA related to Cambridge Square North I Apartments, Cambridge Square of Fort Wayne I Apartments, Cambridge Square of Grand Rapids I Apartments, Cambridge Square of Grand Rapids II Apartments, Carriage House North Apartments, Carriage House of Mishawaka II Apartments, and Carriage House West IV Apartments, the history and development of the properties, his involvement in the partnerships, and other topics covered in depositions related to these properties. | 6 Hours |
| Dr. Stephen Roulac | Contact through Nixon Peabody LLP<br><br>799 9th Street, Ste. 500 Washington, DC 20001 202-585-8000 | Dr. Roulac will testify about his opinions related to *Penn Central* factors concerning all SWPs' properties, including investment-backed expectations and economic impact of ELIHPA and LIHPRHA, topics covered in | 6 Hours |

| Name | Contact Information | Topics of Testimony | Expected Length of Direct Examination |
|---|---|---|---|
| | | his expert reports, and his 2026 deposition. | |
| Alan Weinstein | Contact through Nixon Peabody LLP<br><br>799 9th Street, Ste. 500 Washington, DC 20001 202-585-8000 | Mr. Weinstein will testify about his opinions related to *Penn Central* factors concerning all SWPs' properties, including investment-backed expectations, topics covered in his expert reports, and his 2026 deposition. | 3 Hours |
| Maurice Barry | Known by Defendant | Mr. Barry may testify about some SWPs' properties, his involvement as a HUD employee, matters related to HUD's operation and application processing of ELIHPA and LIHPRHA, correspondence between HUD and some property owners, and other topics covered in his deposition. | 3 Hours |
| Kevin J. East | Known by Defendant | Mr. East may testify about some SWPs' properties, his involvement as a HUD employee, matters related to HUD's operation and application processing of ELIHPA and LIHPRHA, correspondence between HUD and some property owners, and other topics covered in his deposition. | 3 Hours |
| Thomas Vitek | Known by Defendant | Mr. Vitek may testify about some SWPs' properties, his involvement as a HUD employee, matters related to HUD's operation and application processing of ELIHPA and LIHPRHA, correspondence between HUD and some property | 3 Hours |

| Name | Contact Information | Topics of Testimony | Expected Length of Direct Examination |
|---|---|---|---|
| | | owners, and other topics covered in his deposition. | |
| Nancy Rase | Known by Defendant | Ms. Rase may testify about her role with the Maryland Community Development Administration, her interactions and correspondence related to Indian Head Manor Apartments, Glenview Garden Apartments, and Millwood Townhouses, topics covered in her deposition related to these properties and matters related to the Maryland Community Development Administration and HUD's operation of ELIHPA and LIHPRHA | 3 Hours |
| Danette McAlister[13] | Known by Defendant | Ms. McAlister testified about her role in the HUD Greensboro Field Office, her communications related to Coleridge Road Apartments, Southgate Apartments, and Icemorelee Street Apartments, matters related to HUD's operation of ELIHPA and LIHPRHA, and topics discussed in her deposition related to these properties. | 1 Hour |

Identified witnesses may testify on their own behalf and on behalf of SWPs (excluding

individuals not affiliated with the SWPs).  SWPs reserve the right to amend, modify, or

supplement their witness list prior to trial, and to call and question any witnesses identified by

---

[13]     SWPs expect to use deposition testimony, rather than live testimony from Ms. McAlister pursuant to RCFC 32(a)(3) as will be explained in their motion to designate and use deposition transcripts at trial.

the United States.  Due to age and health considerations, some of the individuals identified may not be available to testify at trial.  SWPs reserve the right to identify any such witnesses prior to trial and to present deposition testimony of such witnesses.  SWPs reserve the right to call other witnesses for authentication of documents, if necessary, and for impeachment.  Along with SWPs' other pretrial filings, SWPs are filing a motion to designate deposition testimony, along with deposition testimony from other individuals identified herein and RCFC 30(b)(6) designees, for use at trial.


Dated:  May 1, 2026                                              Respectfully submitted,



                                                                 /s/Harry J. Kelly_____
                                                                 Harry J. Kelly
                                                                 NIXON PEABODY LLP
                                                                 799 9th Street N.W., Suite 500
                                                                 Washington, D.C. 20001
                                                                 (202) 585-8000
                                                                 hkelly@nixonpeabody.com

                                                                 Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I certify that I caused a copy of the foregoing Second-Wave Plaintiffs' Revised Witness List to be served on this 1st day of May 2026, electronically on the following recipients:

AMANDA L. TANTUM
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Ben Franklin Station
P.O. Box 480
Washington, D.C. 20044
amanda.tantum@usdoj.gov

/s/ Harry J. Kelly
Harry J. Kelly

21