# In the United States Court of Federal Claims

No. 93-655C
Filed: May 4, 2026

---

ANAHEIM GARDENS, et al.,

       *Plaintiffs*,

v.

THE UNITED STATES,

       *Defendant*.

---

## ORDER

On May 1, 2026, Parties filed a Joint Status Report indicating their intent to consult regarding the designation of deposition testimony in this matter. (ECF No. 919). The Court **ORDERS** the Parties to file their joint motion or unilateral motions proposing deposition designations by **Monday, May 11, 2026**.

**IT IS SO ORDERED.**

s/     David A. Tapp
DAVID A. TAPP, Judge