# In the United States Court of Federal Claims

No. 93-655C
Filed: July 10, 2026

---

ANAHEIM GARDENS, et al.,

   *Plaintiffs*,

v.

THE UNITED STATES,

   *Defendant*.

---

## ORDER

Per the Court's instructions at the June 22, 2026 pretrial conference, (*see* Tr., 21:24–22:12, ECF No. 963), both parties have filed Notices of Intent to File a USB Drive containing their respective trial exhibits. (ECF Nos. 980, 981). The Court **DIRECTS** the Clerk's Office to accept the parties' USB drives. These Notices are **ACCEPTED** as filed.

  **IT IS SO ORDERED.**

           s/  David A. Tapp
           DAVID A. TAPP, Judge